On joint motion to vacate judgment and remand filed July 13, reversed and
remanded September 26, 2007

Betty J. KIRK
and Darrell Kirk,
*Plaintiffs-Appellants,*

*v.*

MAPLETON SCHOOL DISTRICT #32,
an Oregon education district,
*Defendant-Respondent.*

Lane County Circuit Court
160601536; A133606

168 P3d 1237

Charles Duncan and Janet Schroer for motion.

Before Wollheim, Presiding Judge, and Schuman and
Rosenblum, Judges.

PER CURIAM

Reversed and remanded. *Baker v. City of Lakeside*, 343 Or
70, 164 P3d 259 (2007).